# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JOSHUA MANUEL CHAVIRA,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 80408 |
| JOSHUA MANUEL CHAVIRA,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 80409 ✓ |

FILED

FEB 21 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from an amended judgment of conviction and a judgment of conviction. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge; Carolyn Ellsworth, Judge.

This court's review of these appeals reveals a jurisdictional defect. Specifically, the district court entered the amended judgment of conviction on May 23, 2019, and the judgment of conviction on April 23, 2019. Appellant did not file the notices of appeal, however, until January 13, 2020, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this

20-07152

court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court lacks jurisdiction to consider these appeals, and ORDERS these appeals DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Jerry A. Wiese, District Judge
       Hon. Carolyn Ellsworth, District Judge
       Joshua Manuel Chavira
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk